# Exhibit A

| | |
|---|---|
| **SPEAR, GREENFIELD & RICHMAN, P.C.**<br>BY:   MARC F. GREENFIELD, ESQUIRE<br>I.D. NO.: 62081<br>Two Penn Center Plaza, Suite 200<br>1500 J.F.K. Boulevard<br>Philadelphia, PA 19102<br>(215) 985-2424 | **MAJOR JURY**<br><br><br><br>Attorney for plaintiff |
| **CORNELIUS COUCH**<br>4108 North Marshall Street<br>Philadelphia, PA 19140<br><br>v.<br><br>**HOME DEPOT U.S.A., INC**<br>2539 Castor Avenue<br>Philadelphia, PA 19134 | COURT OF COMMON PLEAS<br>COUNTY OF PHILADELPHIA<br>CIVIL TRIAL DIVISION |

**COMPLAINT IN PERSONAL INJURY**
**2S PREMISES LIABILITY**

| NOTICE | ADVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias, de plazo al partir de la fecha de la demanda y la notificatión. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.   THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. | LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL: |
| IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE<br>        PHILADELPHIA BAR ASSOCIATION<br>        LAWYER REFERRAL and INFORMATION SERVICE<br>        One Reading Center<br>        Philadelphia, Pennsylvania 19107<br>        (215) 238-6333<br>        TTY: (215) 451-6197 | ASSOCIACION DE LICENDIADOS DE FILADELFIA<br>SERVICIO DE REFENCIA E INFORMACION LEGAL<br>One Reading Center<br>Filadelfia, Pennsylvania 19107<br>Teléfono: (215) 238-6333<br>   TTY: (215) 451-6197 |

Case ID: 140802712

## COMPLAINT IN PERSONAL INJURY
## 2S PREMISES LIABILITY

1. Plaintiff, Cornelius Couch, is a citizen and resident of the Commonwealth of Pennsylvania, residing at the address listed in the caption of this Complaint.

2. Defendant, Home Depot U.S.A., Inc., is a corporation doing business in the Commonwealth of Pennsylvania with a business address listed in the caption of this complaint, and which at all times material hereto was the owner, operator, maintainor, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and or safety of the premises located at or near 2539 Castor Avenue Philadelphia, PA 19134 (hereinafter referred to as "premises").

3. At all times material hereto defendant, Home Depot U.S.A., Inc., was acting individually, jointly and/or by and through defendant's agents, servants, franchisees, workmen and/or employees for the maintenance, repair, care and control of the premises.

4. On or about December 13, 2013, plaintiff was an invitee, licensee and/or otherwise legally on defendant's premises, when, as a result of the negligence and/or carelessness of the defendants, the plaintiff was struck by an object when it fell.

5. As a result of this accident, the plaintiff suffered severe and permanent bodily injury as more fully set forth at length below.

## COUNT I
### Cornelius Couch v. Home Depot U.S.A., Inc.
### Personal Injury

6. Plaintiff incorporates herein the allegations set forth in the previous paragraphs, inclusive, as if set forth here at length.

7. The negligence and/or carelessness of defendant consisted of the following:

   a. Failure to properly design, construct, maintain, and/or repair the premises, floors, hallways, pathways, aisles, and/or walkways over which invitees, licensees and/or others are likely to travel rendering the premises unsafe;

   b. Failure to properly monitor, test, inspect or clean the premises, floors, hallways, pathways, aisles, and/or walkways to see if there were dangerous or defective conditions to those legally on the premises;

   c. Failure to provide sufficient warning as to the reasonably foreseeable defects and dangerous nature of the premises, floors, hallways, pathways, aisles, and/or walkways to such invitees, licensees and/or others legally on the premises;

   d. Failure to barricade and/or block-off the defective and/or dangerous area of the premises floors, hallways, pathways, aisles, and/or walkways;

   e. Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstances in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises, floors, hallways, pathways, aisles, and/or walkways;

  f. Failure to comply with all building codes, county and city laws, ordinances and regulations pertaining to the design, construction, and maintenance of the aforementioned premises;

  g. Failing to exercise the proper care, custody and control over the aforesaid premises;

  h. Failure to inspect, maintain and/or repair known and/or unknown defects; and,

  i. Failing to prevent and/or remove a dangerous condition derived, originated or had its source the aforesaid premises.

8. As a direct result of the negligent and/or careless conduct of defendant, the plaintiff suffered various serious and permanent personal injuries, serious impairment of body function and/or permanent serious disfigurement, and/or aggravation of pre-existing conditions, including, but not limited to: cervical disc herniations with dural sac impingement, lumbar disc protrusions, acute cervical sprains and strains, cervical radiculitis, left shoulder contusion, and any other ills, injuries, all to plaintiff's great loss and detriment.

9. As a result of these injuries, all of which are to plaintiff's great financial detriment and loss, plaintiff has in the past, is presently and may in the future suffer great pain, anguish, sickness and agony and will continue to suffer for an indefinite time.

10. As an additional result of the carelessness and/or negligence of defendant, plaintiff has suffered emotional injuries along with the physical injuries suffered.

Case ID: 140802712

11. As a further result of the injuries sustained, the plaintiff has, is presently, and may in the future undergo a great loss of earnings and/or earning capacity, all to the further loss and detriment of the plaintiff.

12. Furthermore, in addition to all the injuries and losses suffered, the plaintiff has incurred or will incur medical, rehabilitative and other related expenses in the amount equal to and/or in excess of any applicable health insurance coverage for which plaintiff has not been reimbursed and upon which the plaintiff makes a claim for payment in the present action.

**WHEREFORE,** plaintiff demands judgment in plaintiff's favor and against defendant in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus all reasonable costs and any other relief the court deems necessary.

SPEAR , GREENFIELD & RICHMAN, P.C.

BY: MARC F. GREENFIELD, ESQUIRE

INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, SUPPLEMENTAL REQUESTS AND REQUEST FOR ADMISSIONS ARE SERVED ATTACHED TO PLAINTIFF'S COMPLAINT AT THE TIME SERVICE OF ORIGINAL PROCESS IS AND/OR WAS EFFECTUATED.
aas

Case ID: 140802712

DISCOVERY VERIFICATION

The undersigned, plaintiff in this action, verifies that the within discovery is based upon information furnished to counsel, which has been gathered by counsel in the preparation of this lawsuit. The language of the attached discovery is that of counsel and not of signor. Signor verifies that the within discovery responses, as prepared by counsel, are true and correct to the best of signor's knowledge, information and belief. To the extent that the contents of the within discovery responses are that of counsel, signor has relied upon counsel in taking this verification.

This verification is made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsification to authorities.

X _____ *[signature]*

Case ID: 140802712